# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 240

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| RANDY McKINNEY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Before the Court are the motions for *pro hac vice* admission [# 4, # 5] filed by Patrick M. Aul, counsel for Plaintiff.

Upon review of the motions, it appears that Daniel V. Johns and Kelly T. Kindig are both members in good standing with the Pennsylvania Bar and will be appearing with Patrick M. Aul, a member in good standing with the Bar of this Court. Additionally, all applicants have paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motions [# 4, # 5]. The Court **ADMITS** Daniel V. Johns and Kelly T. Kindig to practice *pro hac vice* before the Court while associated with local counsel.

Signed: August 24, 2018

Dennis L. Howell
United States Magistrate Judge