# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00240-MR-DLH

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **RANDY McKINNEY, et al.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on counsel's motion for the admission of attorney Dirk A. Beamer as counsel *pro hac vice*. [Doc. 22]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that counsel's motion [Doc. 22] is **ALLOWED**, and Dirk A. Beamer is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: October 8, 2018

Martin Reidinger
United States District Judge