THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 240

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) ) ) | |
| **Plaintiff**, | ) ) | |
| v. | ) ) | |
| RANDY McKINNEY, CHRISTINA McKINNEY, HAYDEN McKINNEY TRACY HODGE-COGDELL, JOHN ADAM GIBBS, AMANDA WHITTEMORE, and CRM INSURANCE SERVICES, INC., | ) ) ) ) ) ) ) ) | **ORDER** |
| **Defendants.** | ) ) | |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 39) filed by Patrick M. Aul. The Motion indicates that Mr. Aul, a member in good standing of the Bar of this Court, is local counsel for Plaintiff Allstate Insurance Company and that he seeks the admission of Shaina E. Hicks, who the Motion represents as being a member in good standing of the Bar of Pennsylvania and the Bar of New Jersey. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 39) and **ADMITS** Shaina E. Hicks to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 19, 2019

W. Carleton Metcalf
United States Magistrate Judge